IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **COMFORT A. BOATENG,** *et al.,* | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: GJH-22-0760 |
| **RICHARD J. ROGERS** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

On March 30, 2022, Plaintiffs Comfort A. and Kofi Boateng filed a notice of removal from the Circuit Court for Prince George's County, case number CAEF16-04391. ECF No. 1. On April 29, 2022, Defendant Richard Rogers filed a Motion to Remand. ECF No. 5. On May 12, 2022, the Boatengs asked for an extra twenty days to respond to the Motion to Remand, which this Court granted on October 14, 2022. ECF Nos. 6, 7. The Boatengs did not file a response. No hearing is necessary to resolve the Motion. *See* Loc. R. 105.6 (D. Md. 2018).

28 U.S.C. § 1446 (b) states that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise[.]" The underlying case mentioned in the Notice of Removal is case number CAEF16-04391. ECF No. 1 at 1. That case was filed in February 2016 and the Boatengs' affidavit of service demonstrates that the Defendants were served in March 2016. *See* casesearch.courts.state.md.us (last visited Nov. 22, 2022). The Boatengs filed their Notice of Removal on March 30, 2022, more than five years after the deadline to file for removal had passed.

1

Therefore, it is hereby Ordered that Defendant's Motion to Remand, ECF No. 5, is **GRANTED** and the case is remanded to the Circuit Court for Prince George's County.

Date: <u>December 9, 2022</u>　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE J. HAZEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge